UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ROLANDO MARTINEZ, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BMW OF NORTH AMERICA, LLC and DOES 1 through 100,<br><br>　　　　Defendants. | CASE NO. 3:19-cv-05479-WHO<br><br>**CLASS ACTION**<br><br>HON. WILLIAM H. ORRICK<br><br>[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION TO CONSOLIDATE THE INITIAL CASE MANAGEMENT CONFERENCE AND THE HEARING ON DEFENDANT BMW OF NORTH AMERICA, LLC'S MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(A) |

The Court has received and reviewed the Stipulation of Defendant BMW of North America, LLC ("BMW NA") and Plaintiff Rolando Martinez ("Plaintiff") to consolidate the initial Case Management Conference ("CMC") and the hearing on BMW NA's Motion to Transfer Venue under 28 U.S.C. § 1404(a) ("Transfer Motion").

Based on the Stipulation and GOOD CAUSE APPEARING, it is hereby ordered that the initial CMC and the hearing on BMW NA's Transfer Motion shall both be held on **Wednesday, December 18, 2019 at 2:00 p.m.**

**IT IS SO ORDERED.**

Dated: October 17, 2019

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. William H. Orrick
　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　Northern District of California